# Exhibit 1

County Court __DENVER__ County, Colorado
Court Address: 1437 Bannock Street, Room 135
Denver, Colorado 80202

Plaintiff(s): Paul Huggins

v.

Defendant(s): United States Postal Service

Attorney or Party Without Attorney (Name and Address): Pro Se
Paul Huggins, 2350 Cleveland Pl.
Apt Unit 510 Denver, CO 80205

Phone Number: 720-539   E-mail:
FAX Number: 9980   Atty. Reg. #:

Filed in County Court
City and County of Denver, Colorado

JUL 20 2021

CLERK OF COURT
COURT USE ONLY

Case Number: 21C00625

Division   Courtroom

**COMPLAINT UNDER SIMPLIFIED CIVIL PROCEDURE**

1. United States Postal Service, defendant(s), is (are) resident(s) of Denver County, with a post office address of 951 20th Street, City Denver, State of Colorado 80202.

2. The amount claimed herein does not exceed the jurisdiction of the court.

   **OR**

3. The amount claimed from United States Postal Service, defendant(s), is/are $18,00.00 dollars and 00 cents ($1800.00), together with proper interest, costs and any other items allocable by statute or specific agreement. (F.H.) Violation Pursuant to: H. Rept. 114-858 - Postal Service Reform Act of 2016 & The First Amendment Because

4. Such claim arises from the following event(s) or transaction(s): 
   It's violated the C.R.S Statute Inhibited the Right of any persons to received any information that they wished to receive

The Defendant(s) ☐ is (are) ☒ is not (are not) in the military service of the United States. In support of this statement, the Plaintiff(s) set(s) forth the following facts: (State facts concerning military status of the Defendant(s), if the military status of the Defendant(s) is (are) not known, so state here.)
Each Exhibits of the Evidence Proof of Each Mail Items that of Each Return Green Signature green cards

5. The Plaintiff(s) ☒ does (do) ☐ does (do) not demand trial by jury (if demand is made, a jury fee must be paid).
   ☒ By checking this box, I am acknowledging I am filling in the blanks and not changing anything else on the form.
   ☐ By checking this box, I am acknowledging that I have made a change to the original content of this form.

**WARNING: ALL FEES ARE NON-REFUNDABLE. IN SOME CASES, A REQUEST FOR A JURY TRIAL MAY BE DENIED PURSUANT TO LAW EVEN THOUGH A JURY FEE HAS BEEN PAID.**

Note: All Plaintiffs filing this complaint must sign, unless the complaint is signed by an attorney.

Signature of Plaintiff(s): _Paul Huggins_ District Pastor
Signature of Attorney for Plaintiff(s) (if applicable)

Address(es) of Plaintiff(s): 2350 Cleveland Place Apt Unit 510 Denver, CO 80205

Telephone Number(s) of Plaintiff(s): 720-539-9980

CRCCP FORM 2 SC   6/00   COMPLAINT UNDER SIMPLIFIED CIVIL PROCEDURE